UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF BITWALLET PTE. LTD., <br><br> Applicant. | Case No. 22-mc-80182-HSG <br><br> **ORDER TO SHOW CAUSE** |

In January 2023, the Court granted Bitwallet Pte. Ltd.'s ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas for documents on Meta Platforms, Inc ("Meta"). *See* Dkt. No. 9. The Court directed Meta to notify and serve a copy of the subpoena and the Court order on the account holder(s), and provided the account holder(s) 21 days from the date of the notice to file a motion contesting the subpoena. As of the date of this order, no such motion has been filed. The Court therefore **DIRECTS** the parties **TO SHOW CAUSE** why the case should not be closed. Bitwallet Pte. Ltd. and any interested party shall file a statement of two pages or less by August 28, 2023.

**IT IS SO ORDERED.**

Dated: 8/9/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge